UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT 1, LLC d/b/a CHARTER COMMUNICATIONS, OF WESTERN CONNECTICUT | : : : : : | CASE NO. 3:00-cv-00125-JBA |
| Plaintiff, | : : : | **APPEARANCE** |
| v. | : : | |
| GUY SIMMONS, | : : | |
| Defendant. | : | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

Pursuant to Local Rule 5 (b), please enter my appearance as counsel in this case for plaintiff Charter Communications Entertainment 1, LLC d/b/a Charter Communications of Western Connecticut.

Dated:  Mineola, New York
        May 2, 2008

Yours, etc.,

LAW OFFICES OF PATRICK J. SULLIVAN, PLLC

Attorney for the Plaintiff

By: _____
Patrick J. Sullivan (ct26167)
92 Willis Avenue, Second Floor
Mineola, New York  11501
Phone: (516) 342-1248
Fax:    (516) 747-9405
e-mail: lawofficespjs1@optonline.net

Local Office Pursuant to Local Civil Rule 83.1(c):

Joseph M. Tobin, Esq.
Tobin & Melien
45 Court Street
New Haven, CT  06511

Phone: (203) 777-6660
Fax:   (203) 777-1817

## Certificate of Service

**PATRICK J. SULLIVAN**, an attorney admitted to the Bar of the U.S. District Court for the District of Connecticut, certifies that the following is true and correct:

1. On May 2, 2008, I served a copy of the foregoing Appearance by first class postage prepaid mail to the party identified below as follow:

| | |
|---|---|
| Guy Simmons | Guy Simmons |
| 11 Maplewood Drive | 11 Cross Road |
| New Milford, CT  06776 | Brookfield, CT  06804 |

2. On May 2, 2008, I served a copy of the foregoing Appearance by e-mail to the attorney set forth below as follows:

Ryan Mihalic, Esq.
Murtha Cullina LLP
Cityplace I, 185 Asylum Street
Hartford, CT  06103-3469
rmihalic@murthalaw.com

Dated: Mineola, New York
       May 2, 2008

_____
**PATRICK J. SULLIVAN (ct26167)**